IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

TODD MCALISTER,

        Defendant.

1:03-cr-481-WSD

## OPINION AND ORDER

This matter is before the Court on Defendant Todd McAlister's "Motion to Terminate Supervised Release Completion of One Year of Supervision Pursuant to Title 18 U.S.C. Section 3583(e)(1)" [63]. Defendant moves for termination of supervised release because of his success on supervised release, his continuous employment since his supervision began and because he otherwise has had a "successful transition from prison to liberty." Johnson v. United States, 529 U.S. 694, 708-09 (2000). The Government, although ordered to do so, did not respond to the motion. Defendant's probation officer supports early termination.

The Court has considered the matters presented by Defendant, determined that Defendant has, for over four years, complied with the requirements of supervised release, and considered the factors set forth in

18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4-7).  The Court thus exercises its discretion under 18 U.S.C. § 3583(e) to terminate Defendant's supervised release on September 2, 2016.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's "Motion to Terminate Supervised Release Completion of One Year of Supervision Pursuant to Title 18 U.S.C. Section 3583(e)(1)" [63] is **GRANTED** and Defendant's supervised released is terminated on September 2, 2016.

**SO ORDERED** this 11th day of May, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE